IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.           Case No. 99-10023-03-JTM

LEO D. GRAHAM, JR.,

    Defendant.

MEMORANDUM AND ORDER

   This matter is before the court on the defendant Leo Graham's January 30, 2007 motion to amend the court's order of January 11, 2007. In that order, the court denied Graham's motion for relief under 18 U.S.C. § 2255, which argues that his counsel was unconstitutionally deficient in failing to seek dismissal of the charges against him based on the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. 2, § 2, 9. The court in its last order found that the evidence did not show that counsel was deficient. (Dkt. No. 258, at 2-3). The court also held that even if counsel were deemed deficient in failing to seek a dismissal with prejudice, the defendant suffered no prejudice. (Id. at 3-4).

   The most recent motion of the defendant presents only conclusory arguments, which essentially restate his original allegations. None of defendant's arguments

addresses the findings made in the court's order of January 11, and the defendant's motion to dismiss (Dkt. No. 262) is denied.

IT IS SO ORDERED this 20th day of March, 2007.

s/ J. Thomas Marten<br>
J. THOMAS MARTEN, JUDGE